**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry Allen BRYANT, Defendant–**
**Appellant.**

No. 15–10276
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 12, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Christopher Allen Curtis, Assistant Federal Public Defender, Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Henry Allen Bryant, Corsicana, TX, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Henry Allen Bryant has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Bryant has not filed a response. We have

---

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be